No. 313. Lone Star Gas Co. *v.* Texas et al. May 31, 1938. It is ordered that the opinion in this cause be amended by striking the word "interstate" from the ninth

line on page four thereof and substituting the word "intrastate" therefor, so that the sentence will read: "The fair value of its intrastate property was thus claimed to be $38,350,882.32 and the net amount available at the Commission's rate for return on intrastate deliveries of gas as less than four per cent." Reported as amended, *ante*, p. 224.